1008

ADAMS COUNTY et al., Appellants, v. SPO-
KANE, PORTLAND & SEATTLE
RAILWAY COMPANY, Appellee.

No. 7178.

Circuit Court of Appeals, Ninth Circuit.

Sept. 14, 1933.

G. W. Hamilton, Atty. Gen., R. G. Sharpe,
Asst. Atty. Gen., and John A. Homer, of Seat-
tle, Wash., for appellants.

Carey, Hart, Spencer & McCulloch, of
Portland, Or., and L. B. Da Ponte, of Seattle,
Wash., for appellee.

Before WILBUR, SAWTELLE, and
GARRECHT, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective
parties and consent of Attorney General of
the state of Washington, to such action, or-
dered appeal (1 F. Supp. 163) dismissed;
mandate forthwith.

Thorsten ANDERSON, Appellant, v. A. E.
BURNETT, District Director, U. S. Immi-
gration Service, etc., Appellee.

No. 7308.

Circuit Court of Appeals, Ninth Circuit.

Oct. 16, 1933.

John Beardsley, of Los Angeles, Cal., for
appellant.

Peirson M. Hall, U. S. Atty., of Los An-
geles, Cal., for appellee.

Before WILBUR, SAWTELLE, and
GARRECHT, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective
parties, ordered appeal in this cause dis-
missed; mandate forthwith.

Ralph ARTIGLIERI et al., Appellants, v.
UNITED STATES, Appellee.

No. 5091.

Circuit Court of Appeals, Third Circuit.

July 5, 1933.

Joseph C. Cassini, of Orange, N. J., for
appellant.

Harlan Besson, U. S. Atty., of Trenton,
N. J.

Before BUFFINGTON, WOOLLEY, and
THOMPSON, Circuit Judges.

PER CURIAM.

This is an appeal from a sentence of the
defendants based on a verdict of guilty of
passing counterfeit money. If believed, the
testimony warranted conviction. It was sub-
mitted to the jury in a charge to which no ob-
jection was made or exception taken. Find-
ing no error and being satisfied the defend-
ants had a fair trial, the judgments of sen-
tence are affirmed.

Irwin J. BERNSTEIN v. F. G. ZERBST,
Warden.

No. 857.

Circuit Court of Appeals, Tenth Circuit.

April 13, 1933.

Irwin J. Bernstein, pro se.

S. M. Brewster, U. S. Atty., of Topeka,
Kan., for appellee.

Before COTTERAL, PHILLIPS, and
McDERMOTT, Circuit Judges.

PER CURIAM.

Appeal dismissed for want of merit.